**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: wcamy@porterscott.com
       asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
EMAIL: balpert@buttecounty.net
       bstephens@buttecounty.net

Attorneys for Defendants
BUTTE COUNTY DEFENDANTS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually, | Case No.: 2:21-cv-0277 JAM-JDP |
| Plaintiff, | **JOINT STIPULATION AND ORDER** |
| vs. | |
| CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena Defendants. | Complaint Filed: 02/11/2021 |

*{02653566.DOCX}* 1
**JOINT STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. On or about February 26, 2020, Plaintiffs filed an action, Case No. 2:20-cv-00445-JAM-EFB (hereinafter "Daniels I").

2. On or about February 11, 2021, Plaintiffs filed the instant action, Case No. 2:21:cv-MCE-CKD (hereinafter "Daniels II").

3. The actions referenced in paragraphs 1 and 2 above arise out of the same factual circumstances.

4. On or about October 12, 2021, in Daniels II, the parties filed a "Joint Stipulation of Dismissal and Order" for all of the County of Butte and County of Sacramento defendants, including the individual and entity defendants. Dckt. No. 6. However, the Court never acted on the proposed order.

5. On or about February 17, 2021, Plaintiff filed a "Notice of Related Case." Dckt. No. 7. By way of the Notice, Plaintiffs informed the Court that Daniels I and Daniels II "are related in that they have common issues of act and law and plaintiffs are the same for each case." Id.

6. On or about January 3, 2022, the Court issued a "Related Case Order." Dckt. No. 8. The Court reassigned Daniels II to Judge John A. Mendez and Magistrate Judge Jeremy D. Peterson for all further proceedings. Id. The Court also vacated all dates set forth in Daniels II and stated the case number for Daniels II was changed to 2:21-cv-0277 JAM-JDP. Id.

7. The current deadline to disclose experts in Daniels I is this Friday, March 18, 2022.

8. To promote efficiency and to avoid potential confusion for the Court and parties, the parties agree to the following:

    a. Daniels I should be dismissed with prejudice[1];

    b. All discovery that has occurred in Daniels I shall be able to be used in Daniels II to the same extent that it would have been able to be used in Daniels I;

    c. The parties agree to voluntarily exchange reports for their law enforcement jail policies and practices experts on or before March 18, 2022, and that the experts may supplement their reports based on additional discovery performed in the future to the extent each expert deems reasonable or necessary to do so;

    d. Plaintiffs withdraw the previously filed dismissal, Dckt. No. 6, discussed in paragraph 4,

---

[1] A separate stipulation will be filed in Daniels I requesting the Court dismiss the case.

{02653566.DOCX}

2

**JOINT STIPULATION AND ORDER**

above.

    e. Plaintiffs request the Court dismiss the **individual** County of Butte and **individual** County of Sacramento Defendants, including, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher, Lt. Jarrod Agurkis, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena, with prejudice.

    f. The deadline for Defendants County of Sacramento and County of Butte to respond to the complaint in Daniels II shall be within 21 days of the date of the Court's order on this instant stipulation and proposed order.

9. Currently, there are no deadlines set in Daniels II. Dckt. No. 8. The parties request the Court issue a scheduling order for Daniels II, including the following deadliness:

    a. Initial Disclosures: April 15, 2022

    b. Expert Disclosures: July 15, 2022

    c. Supplemental / Rebuttal Expert Disclosures: August 15, 2022

    d. Discovery: September 16, 2022

    e. Dispositive Motion filing: November 15, 2022

    f. Dispositive Motion Hearing: January 24, 2023

    g. Joint-Mid Litigation Statement Filing: 14 days before close of discovery (September 2, 2022)

    h. Final Pre-Trial Conference: March 10, 2023

    i. Jury Trial: April 17, 2023

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Date: March 25, 2022            PORTER | SCOTT
                                A PROFESSIONAL CORPORATION


                                By   */S/ Alison J. Southard*
                                     William E. Camy
                                     Alison J. Southard
                                     Attorneys for Butte County Defendants

Date: March 25, 2022            PORTER | SCOTT
                                A PROFESSIONAL CORPORATION


                                By   */S/ David R. Norton (As Approved on 3/25/22)*
                                     Carl L. Fessenden
                                     David R. Norton
                                     Suli A. Mastorakos
                                     Attorneys for Sacramento County Defendants

Date: March 25, 2022            LAW OFFICES OF JEROME M. VARANINI


                                By  /S/ *Jerome M. Varanini (As Approved on 3/25/22)*
                                    Jerome M. Varanini
                                    Attorney for Defendants CALIFORNIA
                                    FORENSIC MEDICAL GROUP, INC., and
                                    WELLPATH MANAGEMENT, INC

Date: March 25, 2022            ANDREW E. BAKOS & ASSOCIATES, P.C.


                                By */S/ Andrew Bakos*
                                   Andrew Bakos
                                   Attorney for Plaintiffs

Date: March 25, 2022            D.B. HILL, A PROFESSIONAL LAW CORPORATION


                                By   */S/ Dennis B. Hill (As Approved on 3/25/22)*
                                     Dennis B. Hill
                                     Attorney for Plaintiffs

{02653566.DOCX}                              4
                         **JOINT STIPULATION AND ORDER**

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. All discovery that has occurred in Case No. 2:20-cv-00445-JAM-EFB shall be able to be used in 2:21-cv-0277 JAM-JDP to the same extent that it would have been able to be used in Case No. 2:20-cv-00445-JAM-EFB;

2. The document previously filed as Dckt. No. 6 is withdrawn.

3. Defendants S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher, Lt. Jarrod Agurkis, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena, are hereby dismissed with prejudice.

4. The deadline for Defendants County of Sacramento and County of Butte to respond to the complaint in the instant action shall be within 21 days of the date of this Order.

5. The following deadlines are hereby set:

    j. Initial Disclosures: April 15, 2022
    k. Expert Disclosures: July 15, 2022
    l. Supplemental / Rebuttal Expert Disclosures: August 15, 2022
    m. Discovery: September 16, 2022
    n. Dispositive Motion filing: November 15, 2022
    o. Dispositive Motion Hearing: January 24, 2023
    p. Joint-Mid Litigation Statement Filing: 14 days before close of discovery (September 2, 2022)
    q. Final Pre-Trial Conference: March 10, 2023, at 11:00 AM
    r. Jury Trial: April 17, 2023, at 9:00 AM

**IT IS SO ORDERED.**

DATED: March 25, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE