**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
Suli A. Mastorakos, SBN 330383
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
EMAIL: cfessenden@porterscott.com
dnorton@porterscott.com
smastorakos@porterscott.com

Attorneys for Defendant COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA FORENSICS MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena,<br><br>    Defendants.<br>_____/ | CASE NO. 2:21-cv-00277-JAM-JDP<br>Related Case No.: 2:20-cv-00445-JAM-JDP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT COUNTY OF SACRAMENTO AND ORDER**<br><br>Complaint Filed: 02/11/2021 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs CANNON HUGH DANIELS (deceased), ARIELE ROSTAMO aka ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV and Defendant COUNTY OF SACRAMENTO, that Defendant COUNTY OF SACRAMENTO be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

**IT IS SO STIPULATED.**

Dated: July 14, 2022

PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  */s/ David R. Norton*
  Carl L. Fessenden
  David R. Norton
  Suli A. Mastorakos
  Attorneys for Defendant COUNTY OF SACRAMENTO

Dated: July 14, 2022

ANDREW E. BAKOS & ASSOCIATES, P.C.

By:  */s/ Andrew E. Bakos* (as approved on 7/14/22)
  Andrew E. Bakos
  Attorney for Plaintiffs

Dated: July 14, 2022

D.B. HILL, A PROFESSIONAL LAW CORPORATION

By:  */s/ Dennis B. Hill* (as approved on 7/14/22)
  Dennis B. Hill
  Attorney for Plaintiffs

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Defendant COUNTY OF SACRAMENTO is dismissed with prejudice. Each party is to bear their own fees and costs, including all attorneys' fees.

Dated: July 14, 2022                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        SENIOR UNITED STATES DISTRICT COURT JUDGE