ANDREW E. BAKOS, SBN 151250
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, California 95815
Tel: (916) 649-0208
Fax: (916) 649-0941
Aebakos@Bakoslaw.com

DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95815
Tel: (916) 434-2553
Fax: (916-434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiffs CANNON HUGH DANIELS, ARIELE ROSTAMO aka ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena <br> Defendants. / | Case No.: 2:21-cv-0277 JAM-JDP <br><br> **JOINT STIPULATION AND ORDER** <br><br><br><br><br><br> Complaint Filed: 02/11/2021 |

{02689947.DOCX}                                1
**JOINT STIPULATION AND ORDER**

The parties hereby submit this JOINT STIPULATION AND [PROPOSED ORDER] to extend the fact discovery deadline to November 1, 2022. All parties have been diligently engaged in fact discovery and realize that they will not be able to finish fact discovery, including written discovery and numerous depositions, until after the current deadline of September 16, 2022. Now, therefore, all the parties submit the following stipulation and request for order to extend the fact discovery deadline, as follows:

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. The current fact discovery deadline of September 16, 2022, shall be extended to November 1, 2022;
2. All other dates previously set by the Court shall remain the same.

**IT IS SO STIPULATED.**

Date: July 15, 2022                     PORTER | SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By   /s/ William Camy
                                             William E. Camy
                                             Alison J. Southard
                                             Attorneys for Butte County Defendants


Date: July 15, 2022                     LAW OFFICES OF JEROME M. VARANINI


                                        By   /s/ Jerome Varanini
                                             Jerome M. Varanini
                                             Attorney for Defendants CALIFORNIA
                                             FORENSIC MEDICAL GROUP, INC., and
                                             WELLPATH MANAGEMENT, INC


Date: July 15, 2022                     ANDREW E. BAKOS & ASSOCIATES, P.C.


                                        By   /s/ Andrew Bakos
                                             Andrew Bakos
                                             Attorney for Plaintiffs

{02689947.DOCX}                         2
**JOINT STIPULATION AND ORDER**

Date: July 15, 2022                             D.B. HILL, A PROFESSIONAL LAW CORPORATION


By  /s/ Dennis B. Hill
      Dennis B. Hill
      Attorney for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

The fact discovery deadline is hereby extended to November 1, 2022.

**IT IS SO ORDERED.**


Date: July 15, 2022                             /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT COURT JUDGE