ANDREW E. BAKOS, SBN 151250
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, California 95815
Tel: (916) 649-0208
Fax: (916) 649-0941
Aebakos@Bakoslaw.com

DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95815
Tel: (916) 434-2553
Fax: (916-434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiffs CANNON HUGH DANIELS, ARIELE ROSTAMO aka ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>      Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena<br>      Defendants. | Case No.: 2:21-cv-0277 JAM-JDP<br><br>**JOINT STIPULATION AND ORDER**<br><br><br><br><br><br><br>Complaint Filed: 02/11/2021 |

**JOINT STIPULATION AND ORDER**

The parties hereby submit this JOINT STIPULATION AND [PROPOSED ORDER] to extend the deadlines and trial date by two months, or as soon thereafter as the Court deems appropriate.

This case originated as two separate lawsuits, one filed on February 26, 2020, and another filed on February 11, 2021. These cases were combined by way of the parties' stipulation. The allegations of the complaint include wrongful death and violation of Cannon Daniels civil rights. The issues of the case are many because the allegations include deficiency of medical care, deliberate indifference, damages to Cannon Daniels (deceased) prior to his passing, damages for alleged violation of civil rights, damages for wrongful death, and causation issues concerning Mr. Daniels' medical condition and death. All of these various issues require experts as well as investigating all facts leading up to (and after) the death of Cannon Daniels. This necessarily involves deposing numerous percipient witnesses, including family of Mr. Daniels, friends of Mr. Daniels, custodial jail officers of the Butte County Jail, medical personnel of the Butte County Jail, as well as various experts. The allegations of the complaint are highly contested by defendants, although counsel for all the parties have a good working relationship and continue to cooperate as much as possible with each other to avoid this Court's involvement in any procedural or discovery disputes.

The parties have engaged in substantial discovery, including initial disclosures, special interrogatories, requests for admissions, document demands, initial expert disclosures, supplemental expert disclosures, and numerous depositions including some expert witness depositions. Plaintiffs and defendants have taken numerous depositions already. The parties have already taken approximately 25 depositions, and have approximately another twenty or more to be taken (subject to the parties' meet and confer efforts and stipulation). The parties will not, however, be able to complete these depositions prior to the current discovery deadline of November 1, 2022, due to conflicts in the witnesses' and respective attorneys' schedules. The parties are endeavoring to complete the depositions as soon as possible, but will need dates in November and December to finish the various depositions. Now, therefore, all the parties submit the following stipulation and request for order to extend the case deadlines and trial date for approximately two months, as follows:

// //

// //

{02689947.DOCX}

2

**JOINT STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. The current fact discovery deadline of November 1, 2022, shall be extended to December 31, 2022, for only those depositions currently noticed as of the date this stipulation is last signed by the parties. The parties retain their right to set additional depositions if the parties so stipulate or with leave of court, good cause showing;

2. The parties agree to the following deadlines:

   a. Dispositive Motion filing: January 23, 2023;
   b. Dispositive Motion hearing: April 11, 2023 at 1:30 PM;
   c. Joint-Mid Litigation Statement Filing: 14 days before close of discovery (December 16, 2022);
   d. Final Pre-Trial Conference: May 26, 2023, at 10:00 AM;
   e. Jury Trial: July 10, 2023, at 9:00 AM.

**IT IS SO STIPULATED.**

Date:   October 12, 2022             PORTER | SCOTT
                                     A PROFESSIONAL CORPORATION


                                     By   */s/ William E. Camy*
                                          William E. Camy
                                          Alison J. Southard
                                          Attorneys for Butte County Defendants


Date:   October 12, 2022             LAW OFFICES OF JEROME M. VARANINI


                                     By   */s/ Jerome M. Varanini*
                                          Jerome M. Varanini
                                          Attorney for Defendants CALIFORNIA
                                          FORENSIC MEDICAL GROUP, INC., and
                                          WELLPATH MANAGEMENT, INC

{02689947.DOCX}                             3
**JOINT STIPULATION AND ORDER**

Date: October 12, 2022                      ANDREW E. BAKOS & ASSOCIATES, P.C.

By  /s/ Andrew Bakos
    Andrew Bakos
    Attorney for Plaintiffs

Date: October 12, 2022                      D.B. HILL, A PROFESSIONAL LAW CORPORATION

By  /s/ Dennis B. Hill
    Dennis B. Hill
    Attorney for Plaintiffs

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The current fact discovery deadline of November 1, 2022 is hereby extended to December 31, 2022, for only those depositions currently noticed as of the date this stipulation is last signed by the parties. The parties retain their right to set additional depositions if the parties so stipulate or with leave of court, good cause showing.

2. The following deadlines are hereby set:

    a. Dispositive Motion filing: January 23, 2023;

    b. Dispositive Motion hearing: April 11, 2023 at 1:30 PM;

    c. Joint-Mid Litigation Statement Filing: 14 days before close of discovery (December 16, 2022);

    d. Final Pre-Trial Conference: May 26, 2023, at 10:00 AM;

    e. Jury Trial: July 10, 2023, at 9:00 AM.

**IT IS SO ORDERED.**

Date: October 12, 2022                      /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE