ANDREW E. BAKOS, SBN 151250
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, California 95815
Tel: (916) 649-0208
Fax: (916) 649-0941
Aebakos@Bakoslaw.com

DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95815
Tel: (916) 434-2553
Fax: (916-434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiffs CANNON HUGH DANIELS, ARIELE ROSTAMO aka ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena<br>        Defendants. | Case No.: 2:21-cv-0277 JAM-JDP<br><br>**JOINT STIPULATION AND ORDER**<br><br><br><br><br><br><br><br>Complaint Filed: 02/11/2021 |

{02689947.DOCX}                                    1
**JOINT STIPULATION AND ORDER**

The parties hereby submit this JOINT STIPULATION AND [PROPOSED ORDER] to extend the discovery deadline to perform select depositions.

This case originated as two separate lawsuits, one filed on February 26, 2020, and another filed on February 11, 2021. These cases were combined by way of the parties' stipulation. The allegations of the complaint include wrongful death and violation of Cannon Daniels civil rights. The issues of the case are many because the allegations include deficiency of medical care, deliberate indifference, damages to Cannon Daniels (deceased) prior to his passing, damages for alleged violation of civil rights, damages for wrongful death, and causation issues concerning Mr. Daniels' medical condition and death. All of these various issues require experts as well as investigating all facts leading up to (and after) the death of Cannon Daniels. This necessarily involves deposing numerous percipient witnesses, including family of Mr. Daniels, friends of Mr. Daniels, custodial jail officers of the Butte County Jail, medical personnel of the Butte County Jail, as well as various experts. The allegations of the complaint are highly contested by defendants, although counsel for all the parties have a good working relationship and continue to cooperate as much as possible with each other to avoid this Court's involvement in any procedural or discovery disputes.

The parties have engaged in substantial discovery, including initial disclosures, special interrogatories, requests for admissions, document demands, initial expert disclosures, supplemental expert disclosures, and numerous depositions including some expert witness depositions. Plaintiffs and defendants have taken numerous depositions already. The parties have already taken over 30 depositions, and have approximately over ten more to be taken. The parties will not, however, be able to complete these depositions prior to the current discovery deadline of December 31, 2022, due to conflicts in the witnesses' and respective attorneys' schedules, and because some of the depositions are experts who need to review percipient witnesses' deposition testimony, of which some of the depositions are yet to be taken in November and December. The parties are endeavoring to complete the depositions as soon as possible, but will need dates in January and February to finish the various depositions, and extensions of the trial and related deadline dates. The parties expect and intend this extension to be the last extension needed to finish the depositions. Now, therefore, all the parties submit the following stipulation and request for order to extend the deadlines as follows:

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. The current fact discovery deadline of December 31, 2022, shall be extended to February 28, 2023, for only those depositions previously noticed. The parties retain their right to set additional depositions if the parties so stipulate or with leave of court, good cause showing;

2. Dispositive Motion Filing Deadline: March 27, 2023;

3. Dispositive Motion Hearing: June 6, 2023, at 1:30 p.m.;

4. Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery (February 14, 2023);

5. Final Pretrial Conference: July 28, 2023, at 10:00 a.m.;

6. Jury/Bench Trial: September 11, 2023 at 9:00 a.m..

**IT IS SO STIPULATED.**

Date: November 21, 2022          PORTER | SCOTT
                                 A PROFESSIONAL CORPORATION

                                 By   /s/ William E. Camy
                                      William E. Camy
                                      Alison J. Southard
                                      Attorneys for Butte County Defendants

Date: November 21, 2022          LAW OFFICES OF JEROME M. VARANINI

                                 By   /s/ Jerome M. Varanini
                                      Jerome M. Varanini
                                      Attorney for Defendants CALIFORNIA
                                      FORENSIC MEDICAL GROUP, INC., and
                                      WELLPATH MANAGEMENT, INC

Date: November 21, 2022          ANDREW E. BAKOS & ASSOCIATES, P.C.

                                 By   /s/ Andrew E. Bakos
                                      Andrew Bakos
                                      Attorney for Plaintiffs

{02689947.DOCX}                           3
**JOINT STIPULATION AND ORDER**

Date:   November 21, 2022                    D.B. HILL, A PROFESSIONAL LAW CORPORATION


By   */s/ Dennis B. Hill*
     Dennis B. Hill
     Attorney for Plaintiffs


## ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The current fact discovery deadline of December 31, 2022, shall be extended to February 28, 2023, for only those depositions previously noticed. The parties retain their right to set additional depositions if the parties so stipulate or with leave of court, good cause showing;
2. Dispositive Motion Filing Deadline: March 27, 2023;
3. Dispositive Motion Hearing: June 6, 2023, at 1:30 p.m.;
4. Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery (February 14, 2023);
5. Final Pretrial Conference: July 28, 2023, at 10:00 a.m.;
1. Jury/Bench Trial: September 11, 2023 at 9:00 a.m..

**IT IS SO ORDERED.**

Date:  November 22, 2022                    /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            SENIOR UNITED STATES DISTRICT JUDGE