**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
bstephens@buttecounty.net

Attorneys for Defendants
BUTTE COUNTY DEFENDANTS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena<br><br>Defendants. | Case No.: 2:21-cv-0277 JAM-JDP<br><br>**AMENDED STIPULATION AND ORDER FOR CONTINUING TRIAL AND DEADLINES**<br><br><br><br><br>Complaint Filed: 02/11/2021 |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

4890-8836-1047, v. 1                                                   1

**AMENDED JOINT STIPULATION AND ORDER FOR CONTINUING TRIAL AND DEADLINES**

1. Under the current Scheduling Order (ECF No. 32), the discovery cutoff deadline was February 28, 2023, only for depositions already noticed by the parties.

2. Prior to the discovery cutoff deadline, Plaintiffs' counsel noticed the depositions of several witnesses, which were scheduled to take place before discovery closed.

3. On or about February 20, 2023, Plaintiffs' counsel Dennis Hill ("Mr. Hill") emailed the parties indicating one deposition would need to be rescheduled due to the illness of Plaintiffs' counsel Andrew Bakos ("Mr. Bakos"), who was to take the deposition. On or about February 22, 2023, Mr. Hill emailed again, indicating Mr. Bakos was very ill, possibly with pneumonia, and that the depositions presently on calendar would have to be rescheduled for March 2023, after the present discovery deadline.

4. Counsel for the County of Butte noted the upcoming discovery deadline and indicated they are willing to continue the deadline to allow the remaining depositions, if the remaining deadlines in the case are also extended. Counsel for the County of Butte explained that they plan to file a motion for summary judgment in this matter and potentially will need to use the testimony from those depositions to support the motion.

5. Given Mr. Bakos' unforeseen illness and the delay it has caused in completing discovery before the discovery deadline, the parties stipulated to amend the scheduling order and extend the deadlines.

6. The parties have agreed to the extend the current deadlines as follows, subject to the Court's availability and approval:

**IT IS SO STIPULATED.**

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| **Joint Mid-Litigation Statement** | February 14, 2023 | April 7, 2023 |
| **Discovery Cutoff, for depositions already noticed** | February 28, 2023 | April 21, 2023 |
| **Dispositive Motion Filing Deadline** | March 27, 2023 | June 23, 2023 |
| **Dispositive Motion Hearing** | June 6, 2023, at 1:00 p.m. | August 22, 2023, at 1:30 p.m. |
| **Final Pretrial Conference** | July 28, 2023, at 10:00 a.m. | November 17, 2023, at 10:00 a.m. |
| **Trial** | September 11, 2023, at 9:00 a.m. | January 8, 2024, at 9:00 a.m. |

|   |   |
|---|---|
| 1  Date: March 14, 2023 | PORTER | SCOTT |
| 2  | A PROFESSIONAL CORPORATION |

By  /S/ *Alison J. Southard*
William E. Camy
Alison J. Southard
Attorneys for Butte County Defendants

Date: March 13, 2023        LAW OFFICES OF JEROME M. VARANINI

By /S/ *Jerome M. Varanini (As approved on 3.13.23)*
Jerome M. Varanini
Attorney for Defendants CALIFORNIA
FORENSIC MEDICAL GROUP, INC., and
WELLPATH MANAGEMENT, INC

Date: March 14, 2023        ANDREW E. BAKOS & ASSOCIATES, P.C.

By /S/ *Dennis Hill on behalf of Andrew Bakos (As approved on 3.14.23)*
Andrew Bakos
Attorney for Plaintiffs

Date: March 14, 2023        D.B. HILL, A PROFESSIONAL LAW CORPORATION

By  /S/ *Dennis B. Hill (As approved on 3.14.23)*
Dennis B. Hill
Attorney for Plaintiffs

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The present Scheduling Order is Amended to read as follows:
    a. Discovery Cutoff, for depositions already noticed: **April 21, 2023**.
    b. Dispositive Motion filing: **June 23, 2023**.
    c. Dispositive Motion Hearing: **August 22, 2023, at 01:30 p.m**.
    d. Joint-Mid Litigation Statement Filing: Fourteen (14) days before close of discovery (April 7, 2023).
    e. Final Pre-Trial Conference: **November 17, 2023, at 10:00 a.m**.
    f. Jury Trial: **January 8, 2024, at 9:00 a.m**.

**IT IS SO ORDERED.**

Dated: March 16, 2023        /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE

4890-8836-1047, v. 1                    4

**AMENDED JOINT STIPULATION AND ORDER FOR CONTINUING TRIAL AND DEADLINES**