**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
bstephens@buttecounty.net

Attorneys for Defendants
BUTTE COUNTY DEFENDANTS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena<br>Defendants.<br> / | Case No.: 2:21-cv-0277 JAM-JDP<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFFS' FIFTH AND SIXTH CLAIMS AGAINST DEFENDANT COUNTY OF BUTTE; ORDER**<br><br>Complaint Filed: 02/11/2021 |

Having met and conferred prior to Defendant COUNTY OF BUTTE filing its motion for summary judgment, IT IS HEREBY STIPULATED by and between Plaintiffs Arielle Rostamo aka Arielle Nelson, Susan Adell Daniels, and Joseph Albert Daniels ("Plaintiffs") and Defendant County of Butte ("the County"), through their counsel of record:

1. Plaintiffs' Fifth Claim for Relief against the County for Professional Negligence/Medical Malpractice under California State Law is dismissed from Plaintiffs' Complaint with prejudice; and

2. Plaintiffs' Sixth Claim for Relief against the County for Negligence and Negligence Per Se under California State Law is dismissed from Plaintiffs' Complaint with prejudice.

**IT IS SO STIPULATED.**

Date: July 27, 2023                         PORTER | SCOTT
                                            A PROFESSIONAL CORPORATION


                                            By  /S/ *Alison J. Southard*
                                                William E. Camy
                                                Alison J. Southard
                                                Attorneys for Butte County Defendants


Date: July 27, 2023                         ANDREW E. BAKOS & ASSOCIATES, P.C.


                                            By  /S/ *Andrew Bakos*
                                                Andrew Bakos
                                                Attorney for Plaintiffs


Date: July 27, 2023                         D.B. HILL, A PROFESSIONAL LAW CORPORATION


                                            By  /S/ *Dennis B. Hill*
                                                Dennis B. Hill
                                                Attorney for Plaintiffs

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' **Fifth Claim** for Relief for Professional Negligence/Medical Malpractice under California State Law is hereby **DISMISSED** as to the County only with prejudice;

2. Plaintiffs' **Sixth Claim** for Relief for Negligence and Negligence Per Se under California State Law is hereby **DISMISSED** as to the County only with prejudice.

**IT IS SO ORDERED.**

Dated: July 27, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE