**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Alison J. Southard, SBN 335716
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
asouthard@porterscott.com

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891
bstephens@buttecounty.net

Attorneys for Defendants
BUTTE COUNTY DEFENDANTS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena<br>Defendants. | Case No.: 2:21-cv-00277-JAM-JDP<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: 02/11/2021 |

Having previously met and conferred regarding the parties' intention to file cross-motions for summary judgment, IT IS HEREBY STIPULATED by and between Plaintiffs Arielle Rostamo aka Arielle Nelson, Susan Adell Daniels, and Joseph Albert Daniels ("Plaintiffs"), and Defendants California Forensic Medical Group Inc. ("CFMG"), Wellpath Management, Inc. ("Wellpath"), and County of Butte ("the County") (collectively "Defendants) (Plaintiffs and Defendants collectively referred to as "the Parties"), through their respective counsels of record, as follows:

1. Pursuant to a Scheduling Order previously issued by this Court, the prior dispositive motion filing deadline in this matter was June 23, 2023, with a hearing date of August 22, 2023, at 1:30 p.m.

2. The Court's Status (Pre-trial Scheduling) Order provides that "[a]t least 28 days before the dispositive motions filing deadline, the parties must meet and confer to determine whether they intend to file cross-motions for summary judgment." (ECF No. 35.)

3. Pursuant to the Court's Status (Pre-trial Scheduling) Order, on or about May 8, 2023, counsel for Plaintiffs and Defendants began corresponding to meet and confer regarding the filing of cross-motions for summary judgment.

4. On or about May 25, 2023, the parties further met and conferred regarding the contemplated cross-motions for summary judgment but were unable to informally resolve the issues raised during the conference and agreed that the parties would file cross-motions for summary judgment in this matter.

5. The Status (Pre-trial Scheduling) Order further provides that "Plaintiff's opening brief . . . shall be filed at least 14 days before the dispositive motion filing deadline."

6. On or about June 9, 2023, fourteen days between the June 23, 2023, dispositive motion filing deadline, Plaintiffs filed their Motion for Partial Summary Judgment. (ECF No. 47.) Plaintiffs noticed the hearing date for August 22, 2023, at 1:30 p.m. in Courtroom 6. (*Id.*)

7. The Court's Status (Pre-trial Scheduling) Order provides that "The plaintiff's concurrently-filed notice of motion shall indicate the parties' intention to file cross motions and shall notice a hearing date at least 42 days from the date of filing."

8. Plaintiffs' Motion for Partial Summary Judgment mistakenly did not include the language indicating the Parties' intent to file cross-motions for summary judgment, which is referenced in paragraph 7 above. (*See* ECF No. 46.)

9. On or about June 12, 2023, the Court issued a Minute Order indicating the Court was unavailable to hear Plaintiffs' Motion on August 22, 2023. (ECF No. 53.)

10. On or about June 13, 2023, Plaintiffs filed an Amended Notice of Motion and Motion for Partial Summary Judgment, set to be heard on September 12, 2023, at 1:30 p.m. (ECF No. 54.)

11. The Court's Status (Pre-trial) Scheduling Order provides that "Defendant's opposition and cross motion for summary judgment . . . shall be filed at least 28 days before the hearing." (ECF No. 35.)

12. Pursuant to the Court's Status (Pre-trial) Scheduling Order, Defendants planned to file their Oppositions and Cross-Motions for Summary Judgment on August 15, 2023, to be heard with Plaintiffs' Motion on September 12, 2023.

13. On August 11, 2023, the Court issued a Minute Order noting that Defendants have not filed Oppositions to Plaintiffs' Motion and ordered Defendants to file Oppositions on or before August 18, 2023. (ECF No. 46.)

14. On August 11, 2023, counsel for the County of Butte informed the Court that the Parties had met and conferred regarding cross-motions for summary judgment, and that Defendants were planning to file their Oppositions and Cross-Motions on August 15, 2023.

15. The Court informed the Parties that they should file a stipulation and proposed order indicating the parties' intent to file cross-motions for summary judgment, and that if the stipulation is approved, the hearing on the cross-motions will be scheduled for October 10, 2023, at 1:30 p.m.

16. Given the foregoing, the Parties hereby stipulate that Defendants be afforded the opportunity to file Cross-Motions for Summary Judgment, to be heard concurrently with Plaintiffs' Motion for Partial Summary Judgment, on October 10, 2023, at 1:30 p.m.

17. The Parties further stipulate that, pursuant to the Court's Status (Pre-trial Scheduling) Order (ECF 35): (1) The deadline for Defendants to file their Oppositions and Cross-Motions for Summary Judgment shall be 28-days before the hearing date on the Motions; (2) the deadline for Plaintiffs to file their Oppositions to the Cross-Motions and their Reply for their Partial Motion for Summary Judgment shall be 14-days before the hearing date; and (3) the deadline for Defendants to file their Replies for their Cross-Motions shall be 7 days before the hearing date.

**IT IS SO STIPULATED.**

Date: August 14, 2023          ANDREW E. BAKOS & ASSOCIATES, P.C.

By  */s/ Andrew Bakos*
    Andrew Bakos
    Attorney for Plaintiffs

Date: August 14, 2023          D.B. HILL, A PROFESSIONAL LAW CORPORATION

By  /s/ *Dennis B. Hill*
    Dennis B. Hill
    Attorney for Plaintiffs

Date: August 14, 2023          LAW OFFICES OF JEROME M. VARANINI

By /s/ J*erome M. Varanini*
    Jerome M. Varanini
    Attorney for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., and WELLPATH MANAGEMENT, INC

Date: August 14, 2023          PORTER | SCOTT
                                          A PROFESSIONAL CORPORATION

By  /S/ *Alison J. Southard*
    William E. Camy
    Alison J. Southard
    Attorneys for Butte County Defendants

**STIPULATION AND ORDER REGARDING DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

# ORDER

Pursuant to the foregoing stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' Motion for Summary Judgment and Defendants' Cross-Motions for Summary Judgment shall be heard on **October 17, 2023, at 1:30 p.m.**[1];

2. Pursuant to the Court's prior scheduling order, the deadline for Defendants to file Oppositions to Plaintiffs' Motion for Summary Judgment and Cross-Motions shall be **28 days** before the hearing date;

3. The deadline for Plaintiffs to file their Replies for their Partial Motion for Summary Judgment and their Oppositions to Defendants' Cross-Motions shall be **14 days** before the hearing date; and

4. The deadline for Defendants to file their Replies for their Cross-Motions for Summary Judgment shall be **7 days** before the hearing date.

**IT IS SO ORDERED.**

Dated: August 14, 2023        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Calendars are subject to last minute changes. October 17, 2023 is the Court's next civil law and motion calendar. The briefing deadlines are in accordance with this date.