ANDREW E. BAKOS, SBN 151250
ANDREW E. BAKOS & ASSOCIATES, P.C.
1545 River Park Drive, Suite 205
Sacramento, California 95815
Tel: (916) 649-0208
Fax: (916) 649-0941
Aebakos@Bakoslaw.com

DENNIS B. HILL, SBN 218131
D.B. HILL, A PROFESSIONAL LAW CORPORATION
640 Fifth Street, Suite 200
Lincoln, California 95815
Tel: (916) 434-2553
Fax: (916-434-2560
Dennis@DbhillLaw.com

Attorneys for Plaintiffs CANNON HUGH DANIELS, ARIELE ROSTAMO aka ARIELE NELSON, SUSAN ADELL DANIELS, and JOSEPH ALBERT DANIELS, IV

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNON HUGH DANIELS, deceased; decedent's wife, ARIELE ROSTAMO aka ARIELE NELSON; decedent's mother, SUSAN ADELL DANIELS; and decedent's father, JOSEPH ALBERT DANIELS, IV, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH MANAGEMENT, INC., BUTTE COUNTY, S. Parker, D. Brownfield, Sergeant Turner, Sergeant Behlke, Deputy Darnell, Deputy Smith, Deputy Yee, Deputy Bazan, Deputy Thornton, Sergeant Mell, Deputy Lazurenko, Deputy LaRue, Deputy Ogden, Deputy Mayfield, Deputy Davis, Deputy Tauscher and Lt. Jarrod Agurkis, SACRAMENTO COUNTY, Officer McKersie, Sergeant Bunn, Sergeant Jenkins, Officer Rickett, Lieutenant Hodgkins, Officer Gailey, Officer Tallman, Officer Pomosson, and Officer Folena <br> Defendants. | Case No.: 2:21-cv-0277 JAM-JDP <br><br> **STIPULATION AND ORDER** <br><br><br><br><br><br><br><br><br><br> Complaint Filed: 02/11/2021 |

1
**STIPULATION AND ORDER**

Pursuant to the minute order entered by the Court on July 26, 2024, the parties hereby submit this JOINT STIPULATION AND [PROPOSED ORDER] to set forth a discovery schedule concerning plaintiffs' expert replacement.

IT IS HEREBY STIPULATED by and between the parties through their counsel of record:

1. Plaintiff has identified Marc Eckstein, MD as the expert replacing Dr. Sperry and have produced Dr. Eckstein's report to defendants.
2. Defendants shall have until the end of September 13, 2024, to depose Dr. Eckstein;
3. Defendants' experts shall have three weeks after the deposition of Dr. Eckstein to provide any revised expert reports or rebuttal reports;
4. Plaintiffs shall have three weeks after the provision of Defendants' revised expert reports to depose any such defendants' experts only with regard to any revised opinions;
5. In order to accommodate potential calendar conflicts, the parties may mutually agree in writing (email shall be sufficient) to adjust the deadlines set forth above so long as all such expert discovery is completed no later than October 31, 2024.

**IT IS SO STIPULATED.**

Date:   August 1, 2024                     GORDON REES SCULLY MANSUKHANI

                                           By   */s/ Kendra N. Stark*
                                                Kendra N. Stark
                                                Attorneys for Defendants California Forensics
                                                Medical Group Incorporated and Wellpath
                                                Management, Inc.

Date:   August 1, 2024                     ANDREW E. BAKOS & ASSOCIATES, P.C.

                                           By   */s/ Andrew Bakos*
                                                Andrew Bakos
                                                Attorney for Plaintiffs

Date:   August 1, 2024                     D.B. HILL, A PROFESSIONAL LAW CORPORATION

By  /s/ *Dennis B. Hill*
    Dennis B. Hill
    Attorney for Plaintiffs

## ORDER

1. Defendants shall have until the end of September 13, 2024, to depose Dr. Marc Eckstein;
2. Defendants' experts shall have three weeks after the deposition of Dr. Eckstein to provide any revised expert reports or rebuttal reports;
3. Plaintiffs shall have three weeks after the provision of Defendants' revised expert reports to depose any such Defendants' experts only with regard to any revised opinions;
4. In order to accommodate potential calendar conflicts, the parties may mutually agree in writing (email sufficient) to adjust the deadlines set forth above so long as all such expert discovery is completed no later than **October 31, 2024**.

**IT IS SO ORDERED.**

Dated: August 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE